**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Kyle Alan Kitzman                              *

      **Plaintiff,**

                              *

      **v.**                                                                **Case No.** 1:25-cv-00574-EA

Networks Presentations, LLC                    *

      **Defendant.**                                    *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
<small>(name of party)</small>

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

◼ The following corporate affiliations exist with Networks Presentations, LLC:
<small>(name of party)</small>

Gentry & Associates Inc. and John Gore Family Holdings, Inc.
<small>(names of affiliates)</small>

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
<small>(names of entities with possible financial interests)</small>

DisclosureCorpInterest (03/2015)

Disclosure of Corporate Interest

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)


_____          _____
(name of member)                                          (state of citizenship)


_____          _____
(name of member)                                          (state of citizenship)


_____          _____
(name of member)                                          (state of citizenship)


_____          _____
(name of member)                                          (state of citizenship)


Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.


April 14, 2025                                          /s/ _____
_____
Date                                                      Signature

Michael J. Hinkle (No. 19669)
Printed name and bar number

215 Washington Ave., Suite 402, Towson, MD 21204
Address

mjh@tbhelaw.com
Email address

(443) 608-5515
Telephone number

(443) 927-8899
Fax number


2